UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Tyrone Hagans

                Defendant(s).
---------------------------------------------------------------X

**CONSENT TO PROCEED BY**
**VIDEO OR TELE CONFERENCE**

7:15-cr-00471-CS-3

Defendant Tyrone Hagans hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐     Initial Appearance Before a Judicial Officer

☐     Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐     Guilty Plea/Change of Plea Hearing

☒     Bail/Detention Hearing

☒     Conference Before a Judicial Officer - VOSR

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

*Tyrone Hagans*
Print Defendant's Name

_____
Defendant's Counsel's Signature

*Patrick Joyce*
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

3/15/21
Date

_____
U.S. District Judge/U.S. Magistrate Judge