UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

United States of America,

    -against-

Tyrone Hagans,
              Defendant(s).

-----------------------------------------------------------------X

Notice of Adjournment
of V.O.S.R. Hearing

7:15-CR-00471 (CS) (3)

The Violation of Supervised Release hearing previously scheduled before this Court for **May 12, 2021 at 10:00 a.m.** is adjourned to **May 13, 2021 at 3:30 p.m.** in Courtroom 621 of the United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601.

                                                  /s/ Walter Clark, Courtroom Deputy

Dated: May 3, 2021
       White Plains, New York