# Patrick J. Joyce Esq.

Attorney at Law
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

New Jersey Office:
658 Ridgewood Road
Maplewood, NJ 07079
(973) 324-2711

May 14, 2021

Honorable Cathy Seibel
United States District Court Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York

Mr. Joyce is appointed under CJA to represent
Mr. Hagans, *nunc pro tunc* to 3/15/21.

SO ORDERED.

*Cathy Seibel*                    5/14/21

CATHY SEIBEL, U.S.D.J.

Re: USA v. Tyrone Hagans ,15-Cr. 00471 (CS)

Dear Judge Seibel,

As a member of the CJA Panel in the SDNY, I was assigned to represent Mr. Hagans in the above captioned indictment. I continue to be a member of the CJA panel. On March 15, 2021 I was informed by Probation and the clerks in the Magistrate's office that Mr. Hagans had been detained on a VOSR warrant. I was asked to represent Mr. Hagans at this initial presentment.

The hearing was conducted remotely, and I incorrectly assumed that the Magistrate had assigned me to represent Mr. Hagans. Since March 15, 2021 I have made appearances on behalf of Mr. Hagans, both telephonically and in person. I have also regularly worked with Mr. Hagans to help negotiate his issues with the Probation Department.

1

When I attempted to order minutes just this week, I noticed that the case does not appear in my CJA roster. I have yet to be assigned. As Mr. Hagans continues to be indigent, and as I have worked on this case since March 15, 2021, by way of this writing I request the court to appoint me to this case *nunc pro tunc*, to March 15, 2021.

Respectfully submitted,

Patrick Joyce